AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ for the _____ DISTRICT OF _____ Massachusetts _____

CHARLES LANGONE, AS FUND MANAGER OF
THE NEW ENGLAND TEAMSTERS AND TRUCKING
INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

### V.

CASE NUMBER:

KESSELI & MORSE COMPANY

# 04-10919 REK

TO: (Name and address of defendant)

George Kustigian, Jr., President
Kesseli & Morse Company
242 Canterbury Street
Worcester, MA 06103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



5-7-04

CLERK                                                                                      DATE

(BY) DEPUTY CLERK

 **Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

05/17/2004

I hereby certify and return that on 05/14/2004 at 11:37am I served a true and attested copy of the Summons and Complaint, Civil Cover Sheet in this action in the following manner: To wit, by delivering in hand to GEORGE KUSTIGIAN JR D/B/A KESSELI & MORSE COMPANY at 242 CANTERBURY ST, WORCESTER, MA. Fees: Service 30.00, Travel 19.20, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $57.20

Deputy Sheriff David G Westerman

_____
**Deputy Sheriff**

☐ Returned unexecuted:_____
_____
_____
_____

☐ Other *(specify):*_____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
　　　　　　　　*Date*                          *Signature of Server*

_____
*Address of Server*

(1)　As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.