UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>KESSELI & MORSE COMPANY<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-10919 REK<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41**

Now comes the Plaintiff, Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, to notify this Court that he wishes to dismiss the above-captioned action without prejudice and with each party to bear its own costs pursuant to F.R.C.P. 41(a)(1)(i) as the Defendant has neither filed an answer nor motion for summary judgment.

Dated: June 14, 2004                    Respectfully submitted,

                                                              For the Plaintiff,
                                                              CHARLES LANGONE, FUND MANAGER
                                                              By his Attorney,


                                                              /s/ Catherine M. Campbell\_\_\_\_\_
                                                              Catherine M. Campbell
                                                              BBO #549397
                                                              Feinberg, Campbell & Zack, P.C.
                                                              177 Milk Street
                                                              Boston, MA  02109
                                                              (617) 338-1976

<u>Certificate of Service</u>

    I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this date by first class mail, postage prepaid, to George Kustigian Jr., President, Kesseli & Morse Building Supply, 242 Canterbury Street, Worcester, MA 01603.

Dated: June 14, 2004

<u>/s/ Catherine M. Campbell</u>
Catherine M. Campbell